# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS AG, NOVARTIS ) <br> PHARMACEUTICALS CORPORATION, ) <br> MITSUBISHI TANABE PHARMA ) <br> CORPORATION, and MITSUI SUGAR CO., LTD., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EZRA VENTURES, LLC, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 15-0150-LPS |

## DEFENDANT EZRA VENTURES, LLC'S
## MOTION FOR JUDGMENT ON THE PLEADINGS UNDER FRCP 12(c)

Defendant Ezra Ventures, LLC respectfully moves this Court, pursuant to Fed. R. Civ. P. 12(c) and for the reasons set forth in the accompanying brief, for judgment on the pleadings with respect to the validity of the Patent Term Extension ("PTE") of United States Patent No. 5,604,229 ("the '229 patent") past the expiration date of United States Patent No. 6,004,565 ("the '565 patent").

## *LOCAL RULE 7.1.1 STATEMENT*

The undersigned hereby certifies, pursuant to Delaware Local Rule 7.1.1, that counsel for the moving party has conferred with opposing counsel and confirmed that this Motion is opposed.

Dated:  January 25, 2016	STAMOULIS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis #4606
stamoulis@swdelaw.com
Richard C. Weinblatt #5080
weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE  19809
Telephone:  (302) 999-1540

   and

AMIN TALATI & UPADHYE, LLC
Shashank Upadhye *(pro hac vice)*
Joseph E. Cwik *(pro hac vice)*
Jonathan Krit *(pro hac vice)*
100 S. Wacker Dr., Suite 2000
Chicago, IL 60603
(312) 327-3326
E-mail:  ezra-fingolimod@amintalati.com

***Counsel for Defendant Ezra Ventures, LLC***