IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS AG, NOVARTIS PHARMACEUTICALS CORPORATION, MITSUBISHI TANABE PHARMA CORPORATION, and MITSUI SUGAR CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS, INC., and ACTAVIS ELIZABETH LLC, <br><br> Defendants. | C.A. No. 14-1487-LPS |
| NOVARTIS AG, NOVARTIS PHARMACEUTICALS CORPORATION, MITSUBISHI TANABE PHARMA CORPORATION, and MITSUI SUGAR CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> EZRA VENTURES, LLC, <br><br> Defendant. | C.A. No. 15-150-LPS |

| | |
|---|---|
| NOVARTIS AG, NOVARTIS PHARMACEUTICALS CORPORATION, MITSUBISHI TANABE PHARMA CORPORATION, and MITSUI SUGAR CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> HEC PHARM CO., LTD., HEC PHARM GROUP, and HEC PHARM USA INC., <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : C.A. No. 15-151-LPS <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| NOVARTIS AG, NOVARTIS PHARMACEUTICALS CORPORATION, MITSUBISHI TANABE PHARMA CORPORATION, and MITSUI SUGAR CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : C.A. No. 15-975-LPS <br> : <br> : <br> : <br> : <br> : |

## ORDER

At Wilmington this **17th** day of **March, 2017**, consistent with and for the reasons stated in the Memorandum Opinion issued this same date,

**IT IS HEREBY ORDERED** that:

1. Defendants' renewed motion to dismiss Novartis Pharmaceuticals Corporation and Novartis AG for lack of standing (C.A. No. 14-1487 D.I. 151; C.A. No. 15-150 D.I. 168; C.A. No. 15-151 D.I. 180; C.A. No. 15-975 D.I. 82) is GRANTED IN PART AND DENIED IN PART as follows:

      a.     Defendants' motion to dismiss Novartis AG ("NAG") is GRANTED.

      b.     Defendants' motion to dismiss Novartis Pharmaceuticals Corporation ("NPC") is DENIED.

2.     Plaintiffs' cross-motion for partial summary judgment on Novartis's standing (C.A. No. 14-1487 D.I. 159) is GRANTED IN PART AND DENIED IN PART as follows:

      a.     Plaintiffs' motion for partial summary judgment as to NPG's standing is DENIED.

      b.     Plaintiffs' motion for partial summary judgment as to NPC's standing is GRANTED.

3.     Plaintiffs' motion for leave to file a surreply brief (C.A. No. 14-1487 D.I. 172) is GRANTED. The proposed brief attached as Exhibit A to Plaintiffs' motion is hereby deemed filed.

4.     As the Memorandum Opinion has been issued under seal, the parties shall meet and confer and shall, no later than **March 20, 2017**, submit a proposed redacted version. Thereafter, the Court will issue a publicly-available version.

                                                                     HON. LEONARD P. STARK
                                                                     UNITED STATES DISTRICT JUDGE